■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE REYES, Also Known as MIGUEL ANTONIO REYES JIMINEZ, Appellant. [622 NYS2d 410] —Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered on or about January 8, 1993, unanimously affirmed. Motion seeking to enlarge the record is denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Nardelli and Williams, JJ.